UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00162-KDB-SCR

| WILLIAM T. JARVIS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| CAROLYN JARVIS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on initial review of Plaintiff's Complaint [Doc. 1], see 28 U.S.C. § 1915(e); Plaintiff's motion to proceed in forma pauperis [Doc. 2]; and Plaintiff's motion to compel medical records and motion for change of venue [Doc. 3].

On October 10, 2023, the Court dismissed with prejudice an action filed by Plaintiff after he was afforded the opportunity to amend his Complaint and nonetheless failed to state a claim for relief in his Amended Complaint. [Civil Case No. 5:23-cv-00119-KDB-DCK, Docs. 1, 5, 6, 9]. The Court herein incorporates those proceedings by reference. The same day the Court dismissed Plaintiff's Amended Complaint with prejudice in that action, the Plaintiff purported to file a new action wherein he submitted a pile of disorganized, nonsensical documents, including an identical copy of his Amended Complaint in Case No. -119. [See Doc. 1 at 1-13; Case No. -119, Doc. 6]. It appears that Plaintiff seeks to proceed on a Complaint here identical to that which this Court dismissed with prejudice. [See Doc. 1]. Plaintiff seeks to proceed in forma pauperis [Doc. 2] and submitted letters seeking various relief, including production of his medical records from 2017, a "change of venue due to the circumstances of the matter," and appointment of counsel "due to the severity of the matters and considering [Plaintiff is] handicapped and on SSI" [Doc. 1 at 72, Doc.

3].

The Court will dismiss Plaintiff's Complaint with prejudice as frivolous and as subject to the Court's dismissal with prejudice of Plaintiff's Amended Complaint in Case No. 5:23-cv-119. The Plaintiff cannot circumvent the Court's ruling by simply filing another identical action.

**<u>Plaintiff is strongly cautioned that repeated filing of frivolous or improper actions may result in the imposition of sanctions and/or prefiling injunctions that would limit Plaintiff's ability to file further lawsuits in this Court.</u>**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motions [Docs. 2, 3] are **DENIED**.

The Clerk is respectfully instructed to terminate this action and mail Plaintiff a copy of this Order by certified mail in accordance the Court's Order in Case No. 5:23-cv-119, Docket No. 8.

Signed: October 18, 2023

Kenneth D. Bell
United States District Judge