# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| William T Jarvis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00162-KDB-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn Jarvis**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2023 Order.

October 19, 2023

_____

Katherine Hord Simon, Clerk
United States District Court